**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No. 5:26-cr-26-MTT-CHW |
| | : | |
| CHRYSTAL DUNN, | : | |
| | : | |
| Defendant. | : | |
| _____ | | |

### ORDER OF DETENTION PENDING TRIAL

The above-named Defendant appeared this day before the undersigned for a detention hearing under the provisions of Rule 5 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3142 having previously appeared for her Initial Appearance before the Honorable Magistrate Judge Charles H. Weigle. (Doc. 91). Defendant was represented by counsel. The Government moved for Defendant's pretrial detention. Defendant consented to pre-trial detention in light of pending state charges but reserved the right to seek a detention hearing at a later time should those state charges be resolved. **Defendant is remanded to the custody of the United States Marshal.**

Defendant is hereby committed to the custody of the Attorney General of the United States or her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED**, this 14th day of July, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE